UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE MARIA SOLARES TELON,<br><br>Plaintiff,<br><br>v.<br><br>UR M. JADDOU, DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>Defendants. | Case No. 2:23-cv-05197-MEMF(ASx)<br><br>**ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** [11] |

IT IS SO ORDERED that the current time within which Defendants must answer, plead, or otherwise respond to Plaintiff's Complaint shall be extended from September 25, 2023, the date such filing(s) are currently due, to December 14, 2023.

Dated: October 20, 2023

MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE